AO 247 (02/08)    Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| VS. § | **CRIMINAL ACTION NO. 6:01-CR-31 (4)** |
| § | |
| **DANNY INGRAM** § | USM   No. 09389-078 |
| § | Defendant's Attorney: Pro Se |

**Date of Previous Judgment**: March 5, 2002
(Use Date of Last Amended Judgment, if Applicable)

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. §3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ■ **DENIED**.    ☐ **GRANTED**

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to any Departures)
Previous Offense Level: _____          Amended Offense Level: _____
Criminal History Category: _____       Criminal History Category: _____
Previous Guideline Range: _____ months  Amended Guideline Range: _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other.  (**explain**):

**III. ADDITIONAL COMMENTS**


**IT IS SO ORDERED.**

   So ORDERED and SIGNED this 4th day of August, 2008.


   _____
   **LEONARD DAVIS**
   **UNITED STATES DISTRICT JUDGE**