**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| | §   CASE NUMBER  6:01-CR-00031-JRG |
| | § |
| **v.** | § |
| | § |
| | § |
| **DANNIE INGRAM (4)** | § |

**ORDER**

Comes now the Court and finds that probable cause has been established in the above captioned criminal action and Defendant, DANNIE INGRAM (4), is held over for a final revocation hearing.

**So ORDERED and SIGNED this 2nd day of August, 2018.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE